**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERTO ACOSTA,

Defendant.
_______________________________________/

No. C 11-00182 CRB

**ORDER VACATING TRIAL DATE AND SETTING NEW TRIAL DATE**

In light of the briefing schedule set by the Ninth Circuit for the government's appeal of this Court's Order granting Defendant's Motion for a New Trial, the Court hereby VACATES the trial date of April 9, 2012, and SETS a new trial date of June 18, 2012.

**IT IS SO ORDERED.**

Dated: February 28, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\182\order re trial date.wpd